Marion Brady, etc., v. P. G. Lanham.

**Contracts—Implied Promise to Pay.**

The law will not imply a promise to pay merely from the fact that one person had advanced money for the assumed debt of another, without the request or consent of the party in whose favor the money was advanced.

**Money Paid—Proof Required.**

Plaintiff in an action for money paid on a debt of another must prove an actual indebtedness on the part of defendant to the person to whom the money was paid, before plaintiff can recover.

APPEAL FROM WASHINGTON CIRCUIT COURT.

December 23, 1872.

Opinion by Judge Peters:

That appellant paid the amount for which this action was brought to Beckley, and that he paid it to Campbell is conclusively established by the evidence. But there is a failure of proof as to the important fact that appellee, Lanham, was at the time indebted to Campbell. The law will not imply a promise to pay merely from the fact that one man has advanced money for the assumed debt of another without the request or consent of the party for whom the money is advanced. On the principle that one person can not make himself the creditor of another, without his consent, or against his will. And *a fortiori* there can not be a promise to pay implied, where money is paid, unless there is proof that the money was paid on an actual subsisting debt. In order to enable appellant to recover in this action he should have proved an actual indebtedness on the part of appellee to Campbell, for whose debt he professes to have paid the money, which he failed to do.

Wherefore the court below was authorized to give the instruction complained of and the judgment must be *affirmed*.

*Broune & Lewis, for appellants.*

*Hays, for appellee.*

December 23, 1872.

*Murray, for appellant.*

*Reed & Twyman, for appellee.*